1 | **DAVID M.C. PETERSON**
California Bar No. 254498
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone:    (619) 234-8467
4 | Facsimile:    (619) 687-2666
Email:          David_Peterson@fd.org

6 | Attorneys for Defendant

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 08MJ0961-01 |
| Plaintiff, | ) |
| v. | ) |
| | ) **NOTICE OF APPEARANCE** |
| ROBERTO TORRES-HERNANDEZ, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: April 10, 2008

*/s/ DAVID M. C. PETERSON*
DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 10, 2008            /s/ *DAVID M. C. PETERSON*
DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
David_Peterson@fd.org (email)

2